UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

 RUBEN CHAVEZ,

                    Plaintiff,          **MEMORANDUM & ORDER**
                                        23-CV-2413 (EK)(PK)

              -against-

 Roosevelt Tropical, Corp. and
 Jaime Illescas,

                    Defendants.

------------------------------------x

ERIC KOMITEE, United States District Judge:

          The Court has received Magistrate Judge Kuo's Report
and Recommendation (R&R) dated January 29, 2024.  Judge Kuo
recommends that the plaintiff's motion for default judgment be
denied without prejudice.  Neither party has filed objections
and the time to do so has expired.  Accordingly, the Court
reviews Judge Kuo's recommendation for clear error on the face
of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's
note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v.
Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having
reviewed the record, I find no clear error and therefore adopt

the R&R in its entirety.  Thus, plaintiff's motion for default

judgment is denied without prejudice.


       SO ORDERED.


                              /s/ Eric Komitee
                           ERIC KOMITEE
                           United States District Judge


Dated:    February 22, 2024
            Brooklyn, New York